# EXHIBIT F

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Legal Compliance
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 01/03/23

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ - Probable Current Address

**Report processed by:**
DEWHIRST & DOLVEN
405 S CASCADE AVE STE 301
COLORADO SPRINGS, CO 80903
719-520-1421 Main Phone

| Subject Information (Best Information for Subject) | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: ARTIOM SARKISYAN | ARTIOM SARKISYAN | Bankruptcy: **No** |
| Date of Birth: **12/xx/1977** |   Age: **45**  SSN: 651-32-xxxx | Property: **Yes** |
| Age: **45** | ARTIOM SARKISYAN | Corporate Affiliations: **No** |
| SSN: 651-32-xxxx   issued in **Colorado** |   SSN: 651-32-xxxx | |
| between **6/2/2004** and **1/3/2005** | ARTIOM SARKISYAN SARKISYAN | |
| View All SSN Sources |   Age: **45**  SSN: 651-32-xxxx | |
| | ARTIOM SARKISIYAN | |
| |   Age: **45**  SSN: 651-32-xxxx | |
| | ARGIOM SARKISYAN | |
| |   Age: **45**  SSN: 651-32-xxxx | |
| | ARTIOM SAKISYAN | |
| |   Age: **45**  SSN: 651-32-xxxx | |
| | ARTIOM SARKISYN | |
| |   Age: **45**  SSN: 651-32-xxxx | |
| | ARTIOM SARKISIAN | |
| |   Age: **45**  SSN: 651-32-xxxx | |

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

**Address Summary:** View All Address Variation Sources

   4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (May 2022 - Dec 2022)
   21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Oct 2006 - Sep 2022)
   9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY ( 2006 - 2020)
   9954 E CAROLINA CIR APT 20, AURORA, CO 80247-7812, ARAPAHOE COUNTY (Oct 2006 - Oct 2019)

9954 E CAROLINA CIR APT 203, DENVER, CO 80247-6286, ARAPAHOE COUNTY (Jan 2007 - Jul 2013)
3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY (Oct 2006 - Sep 2011)
14332 E NAPA PL UNIT 9-D, AURORA, CO 80014-8140, ARAPAHOE COUNTY ( 2007 - May 2015)
PO BOX 3520, DILLON, CO 80435-3520, SUMMIT COUNTY (Jun 2005 - Aug 2007)
1081 ADAMS AVE E APT 5, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Aug 2006 - Oct 2006)
1081 ADAMS AVE APT A4, SILVERTHORNE, CO 80498-5555, SUMMIT COUNTY (May 2005 - Sep 2006)
1081 ADAMS AVE APT, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Jan 2006)
687 ROYAL COACHMAN BLVD LOT 50, DILLON, CO 80435-8403, SUMMIT COUNTY (Sep 2003 - Jul 2005)

**Active Address(es):**    View All Address Variation Sources

[None Found]

**Previous And Non-Verified Address(es):**    View All Address Variation Sources
4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (May 2022 - Dec 2022)
**Name Associated with Address:**
ARTIOM SARKISYAN
**Current Residents at Address:**
YURIY V PSHENICHNYY
ELAINE R WILLIAMS
WELLINGTON J WILLIAMS JR
ARTHUR L LEVIN
ARTIOM SARKISYAN
LAURA H BADASYAN
LILY S PSHENICHNYY
**Property Ownership Information for this Address**
**Property:**

Parcel Number - 2073-06-4-21-006
Owner Name: ARTIOM SARKISYAN
Property Address - 4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY
Owner Address: 4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY
Sale Date - 05/20/2022
Sale Price - $1,100,000
Seller Name: ARTHUR LEVIN
Seller Name 2: ZHANNA LEVIN
Loan Amount - $880,000
Loan Type - CONVENTIONAL
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 31
Median Household Income: $83,468
Median Owner Occupied Home Value: $450,000
Average Years of Education: 14
21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Oct 2006 - Sep 2022)
**Name Associated with Address:**
ARTIOM SARKISYAN
**Current Residents at Address:**
ARTIOM SARKISYAN
LAURA H BADASYAN
SVETLANA LIANA SARKISYAN
**Property Ownership Information for this Address**
**Property:**

Parcel Number - 1975-35-4-03-004
Page - 2411
Owner Name: LAURA BADASYAN
Property Address: - 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY

Owner Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY

Sale Price - $385,000

Subdivision Name - THE CONSERVATORY SUB 1ST FLG

Total Market Value - $579,100

Assessed Value - $41,405

Land Value - $168,300

Improvement Value - $410,800

Land Size - 7841 SF

Year Built - 2005

Legal Description - SUBDIVISIONCD 017165 SUBDIVISIONNAME THE CONSERVATORY SUB 1ST FLG BLOCK 003 LOT 004 LOT 4 BLOCK 3 THE CONSERVATORY SUB 1ST

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 33

Median Household Income: $85,020

Median Owner Occupied Home Value: $247,624

Average Years of Education: 14

9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY ( 2006 -  2020)

**Name Associated with Address:**

SARKISYAN ARTIOM

**Current Residents at Address:**

GIORGI TSVERAVA

IRAKLI KAVTARADZE

LEVAN AVALISHVILI

970-393-0235


**Property Ownership Information for this Address**

**Property:**

Parcel Number - 1973-22-1-30-007

Page - 6124

Owner Name: ARTIOM SARKISYAN

Property Address: - 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY

Owner Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY

Subdivision Name - PINNACLE RANCH CONDOMINIUMS

Total Market Value - $270,600

Assessed Value - $19,348

Land Value - $50,000

Improvement Value - $220,600

Land Size - 1742 SF

Year Built - 1999

Legal Description - SUBDIVISIONCD 050140 SUBDIVISIONNAME PINNACLE RANCH CONDOMINIUMS BLOCK 010 LOT 203 UNIT 203 BLDG 10 AS PER CONDO DECLARATION

Data Source - B

**Property:**

Parcel Number - 1973-22-1-30-007

Page - 4614

Owner Name: SARKISYAN ARTIOM

Property Address: - 9954 E CAROLINA CIR, AURORA, CO 80247-7812, ARAPAHOE COUNTY

Owner Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY

Sale Price - $156,000

Subdivision Name - PINNACLE RANCH CONDOMINIUMS

Total Market Value - $258,900

Assessed Value - $18,512

Land Value - $69,000

Improvement Value - $189,900

Land Size - 1742 SF

Year Built - 1999

Legal Description - SUBDIVISIONCD 050140 SUBDIVISIONNAME PINNACLE RANCH CONDOMINIUMS BLOCK 010 LOT 203 UNIT 203 BLDG 10 AS PER CONDO DECLARATION

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 29

Median Household Income: $43,077

Median Owner Occupied Home Value: $174,265

Average Years of Education: 14

9954 E CAROLINA CIR APT 20, AURORA, CO 80247-7812, ARAPAHOE COUNTY (Oct 2006 - Oct 2019)

**Name Associated with Address:**

ARTIOM SARKISYAN

**Neighborhood Profile (2010 Census)**

Average Age: 29

Median Household Income: $43,077

Median Owner Occupied Home Value: $174,265

Average Years of Education: 14

9954 E CAROLINA CIR APT 203, DENVER, CO 80247-6286, ARAPAHOE COUNTY (Jan 2007 - Jul 2013)

**Name Associated with Address:**

ARTIOM SARKISYAN

**Current Residents at Address:**

GIORGI TSVERAVA

IRAKLI KAVTARADZE

LEVAN AVALISHVILI

**Neighborhood Profile (2010 Census)**

Average Age: 29

Median Household Income: $43,077

Median Owner Occupied Home Value: $174,265

Average Years of Education: 14

3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY (Oct 2006 - Sep 2011)

**Name Associated with Address:**

ARTIOM SARKISYAN

**Current Residents at Address:**

JIANGLI R CHEN

JI I YUAN

JIAN I YUAN

970-393-0235

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 1975-35-2-09-011

Owner Name: ARTIOM SARKISYAN

Property Address: - 3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY

Owner Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY

Sale Date - 02/27/2008

Sale Price - $288,830

Subdivision Name - CONSERVATORY FILING 01

Total Market Value - $274,700

Assessed Value - $21,870

Land Value - $40,000

Improvement Value - $234,700

Land Size - 6,534 Square Feet

Year Built - 2006

Seller Name: DR HORTON-CONTINENTAL SERIES

Legal Description - 17165-047-011 LOT 11 BLK 47 THE CONSERVATORY SUB 1ST FLG

Loan Amount - $274,388

Loan Type - CONVENTIONAL

Lender Name - DHI MTG CO LTD

Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 33
Median Household Income: $85,020
Median Owner Occupied Home Value: $247,624
Average Years of Education: 14

14332 E NAPA PL UNIT 9-D, AURORA, CO 80014-8140, ARAPAHOE COUNTY ( 2007 - May 2015)

**Name Associated with Address:**
ARTIOM SARKISYAN

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 2073-06-3-88-035
Page - 6418
Owner Name: MONICA A EVERHART
Property Address: - 14332 E NAPA PL, AURORA, CO 80014-8140, ARAPAHOE COUNTY
Owner Address: 14332 E NAPA PL, AURORA, CO 80014-8140, ARAPAHOE COUNTY
Sale Price - $167,500
Subdivision Name - HIDDEN VALLEY CONDOMINIUMS BLDG 9
Total Market Value - $144,100
Assessed Value - $12,020
Land Value - $25,000
Improvement Value - $119,100
Land Size - 1307 SF
Year Built - 2001
Legal Description - 32474-009-09C UNIT 9C BLDG 9 AS PER CONDO DECLARATION RECORDED ON RECEPTION #B0091420 HIDDEN VALLEY CONDOMINIUMS
Data Source - B

**Neighborhood Profile (2010 Census)**
Average Age: 39
Median Household Income: $55,538
Median Owner Occupied Home Value: $190,179
Average Years of Education: 14

PO BOX 3520, DILLON, CO 80435-3520, SUMMIT COUNTY (Jun 2005 - Aug 2007)

**Name Associated with Address:**
ARTIOM SARKISYAN

**Neighborhood Profile (2010 Census)**
Average Age: 37
Median Household Income: $89,318
Median Owner Occupied Home Value: $573,661
Average Years of Education: 14

1081 ADAMS AVE E APT 5, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Aug 2006 - Oct 2006)

**Name Associated with Address:**
ARTIOM SARKISYAN SARKISYAN

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 1501394
Owner Name: VILLA SIERRA MADRE INCORPORATED
Property Address: - 1081 ADAMS AVE, SILVERTHORNE, CO 80498, SUMMIT COUNTY
Owner Address: 4045 PECOS ST, DENVER, CO 80211-2552, DENVER COUNTY
Subdivision Name - SIERRA MADRE
Year Built - 1993
Legal Description - IN SIERRA MADRE
Data Source - B

**Neighborhood Profile (2010 Census)**
Average Age: 58
Median Household Income: $48,690
Median Owner Occupied Home Value: $311,000
Average Years of Education: 14

1081 ADAMS AVE APT A4, SILVERTHORNE, CO 80498-5555, SUMMIT COUNTY (May 2005 - Sep 2006)
    **Name Associated with Address:**
        ARTIOM SARKISYAN
    **Neighborhood Profile (2010 Census)**
        Average Age: 32
        Median Household Income: $72,865
        Median Owner Occupied Home Value: $411,935
        Average Years of Education: 15
1081 ADAMS AVE APT, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Jan 2006)
    **Name Associated with Address:**
        ARTIOM SARKISYAN SARKISYAN
    **Neighborhood Profile (2010 Census)**
        Average Age: 58
        Median Household Income: $48,690
        Median Owner Occupied Home Value: $311,000
        Average Years of Education: 14
687 ROYAL COACHMAN BLVD LOT 50, DILLON, CO 80435-8403, SUMMIT COUNTY (Sep 2003 - Jul 2005)
    **Name Associated with Address:**
        ARTIOM SARKISYAN
    **Property Ownership Information for this Address**
        **Property:**

            Parcel Number - 5000950
            Owner Name: GCP SWAN MEADOW LLC
            Property Address: - 687 ROYAL COACHMAN BLVD, DILLON, CO 80435-8463, SUMMIT COUNTY
            Owner Address: 27777 FRANKLIN RD STE 200, SOUTHFIELD, MI 48034-8205, OAKLAND COUNTY
            Subdivision Name - SWAN MEADOW VILLAGE SUB
            Total Market Value - $33,900
            Assessed Value - $9,831
            Improvement Value - $33,900
            Year Built - 1989
            Legal Description - IMPROVEMENT ONLY TRACT D SWAN MEADOW VILLAGE SUB # 2 MAKE: 1989 CENTURY VIN: NPMCCOWN21872A&B
            Data Source - B
    **Neighborhood Profile (2010 Census)**
        Average Age: 37
        Median Household Income: $84,854
        Median Owner Occupied Home Value: $454,570
        Average Years of Education: 14

**Bankruptcies:**

[None Found]

**UCC Filings:**
[None Found]

**Phones Plus:**   Phone Finder Ultimate
    **Phones Plus1**
    Name: ARTIOM SARKISIYAN
    Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483
    Phone Number:  720-317-3589 - MST
    Phone Type: Mobile
    Carrier: SPRINT SPECTRUM L.P. - (BOULDER, CO)

**Phones Plus2**
Name: ARTIOM SARKISYAN
Address: 3043 S JERICHO CT, AURORA, CO 80013-9081
Phone Number:  970-393-0235 - MST
Phone Type: Mobile
Carrier: T-MOBILE USA INC. - (VAIL, CO)

**Phones Plus3**
Name: ARTIOM SARKISYAN
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286
Phone Number:  970-393-0235 - MST
Phone Type: Mobile
Carrier: T-MOBILE USA INC. - (VAIL, CO)

**Possible Utility Information:**
[None Found]

**People at Work:**
*Maximum 50 People at Work records returned*

Name: ARTIOM SARKISYAN
SSN: 651-32-xxxx
Company: ART FLOORING LLC
Address: 3043 S JERICHO WAY, AURORA, CO 80013-9033
Phone:
FEIN:
Dates: Feb 18, 2009

Name: ARTIOM SARKISYAN
SSN: 651-32-xxxx
Company: ART FLOORING LLC
Address: 3043 S JERICHO WAY, AURORA, CO 80013-9033
Phone:
FEIN:
Dates: Feb 18, 2009

Name: ARTIOM SARKISYAN
SSN: 651-32-xxxx
Company: ART FLOORING LLC
Address: 3043 S JERICHO WAY, AURORA, CO 80013-9033
Phone:
FEIN:
Dates: Feb 18, 2009

Name: ARTIOM SARKISYAN
Title: CONTACT
SSN: 651-32-xxxx
Company: ART FLOORING LLC
Address: 3043 S JERICHO WAY, AURORA, CO 80013-9033
Phone:
FEIN:
Dates: Feb 18, 2009

Name: ARTIOM SARKISYAN
Title: CONTACT
SSN: 651-32-xxxx
Company: ART HARDWOOD FLOOR

Address: 1081 ADAMS AVE UNIT A4, SILVERTHORNE, CO 80498
Phone:
FEIN:
Dates: Apr 1, 2006 -  May 1, 2006

**Driver's License Information:**

Name: ARTIOM SARKISYAN
DL Number:
State: Ohio
License Address: 9954 E CAROLINA CIRCLE 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Potential SSN : 651-32-xxxx
Gender: Male
Height: 5'06
Weight: 165
Data Source: Governmental
Hair Color: Brown
Eye Color: Brown

Name: SARKISYAN ARTIOM
DL Number:
State: Ohio
License Address: 9954 E CAROLINA CIRCLE 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Potential SSN : 651-32-xxxx
Gender: Male
Height: 5'06
Weight: 165
Data Source: Governmental
Hair Color: Brown
Eye Color: Brown

**Possible Properties Owned by Subject:**

**Property:**

Parcel Number - 2073-06-4-21-006
Owner Name: ARTIOM SARKISYAN
Property Address - 4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY
Owner Address: 4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY
Sale Date - 05/20/2022
Sale Price - $1,100,000
Seller Name: ARTHUR LEVIN
Seller Name 2: ZHANNA LEVIN
Loan Amount - $880,000
Loan Type - CONVENTIONAL
Data Source - A

**Property:**

Parcel Number - 1973-22-1-30-007
Page - 6124
Owner Name: ARTIOM SARKISYAN
Property Address: - 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
Owner Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
Subdivision Name - PINNACLE RANCH CONDOMINIUMS
Total Market Value - $270,600

Assessed Value - $19,348
Land Value - $50,000
Improvement Value - $220,600
Land Size - 1742 SF
Year Built - 1999
Legal Description - SUBDIVISIONCD 050140 SUBDIVISIONNAME PINNACLE RANCH CONDOMINIUMS BLOCK 010 LOT 203 UNIT 203 BLDG 10 AS PER CONDO DECLARATION
Data Source - B

**Property:**

Parcel Number - 1973-22-1-30-007
Owner Name: ARTIOM SARKISYAN
Property Address - 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
Owner Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
Sale Date - 10/01/2019
Seller Name: SARKISIYAN ARTIOM
Data Source - A

**Property:**

Parcel Number - 2073-06-3-88-036
Owner Name: ARTIOM SARKISYAN
Property Address - 14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY
Owner Address: 14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY
Sale Date - 03/05/2014
Loan Amount - $134,400
Loan Type - CONVENTIONAL
Data Source - A

**Property:**

Parcel Number - 2073-06-3-88-036
Owner Name: ARTIOM SARKISYAN
Property Address: - 14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY
Owner Address: 14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY
Sale Date - 02/08/2008
Sale Price - $155,000
Subdivision Name - HIDDEN VALLEY CONDO BLDG 9
Total Market Value - $143,000
Assessed Value - $11,383
Land Value - $25,000
Improvement Value - $118,000
Land Size - 1,307 Square Feet
Year Built - 2001
Seller Name: DALE C WATTS
Legal Description - UNIT 9D BLDG 9 AS PER CONDO DECLARATION RECORDED ON RECEPTION #B0091420 HIDDEN VALLEY CONDOMINIUMS
Loan Amount - $147,250
Loan Type - CONVENTIONAL
Lender Name - WR STARKEY MTG LLP
Data Source - A

**Property:**

Parcel Number - 1975-35-2-09-011
Owner Name: ARTIOM SARKISYAN
Property Address: - 3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY
Owner Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
Sale Date - 02/27/2008
Sale Price - $288,830

Subdivision Name - CONSERVATORY FILING 01
Total Market Value - $274,700
Assessed Value - $21,870
Land Value - $40,000
Improvement Value - $234,700
Land Size - 6,534 Square Feet
Year Built - 2006
Seller Name: DR HORTON-CONTINENTAL SERIES
Legal Description - 17165-047-011 LOT 11 BLK 47 THE CONSERVATORY SUB 1ST FLG
Loan Amount - $274,388
Loan Type - CONVENTIONAL
Lender Name - DHI MTG CO LTD
Data Source - A

**Property:**

Parcel Number - 1975-35-2-09-011
Owner Name: ARTIOM SARKISYAN
Property Address - 3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY
Owner Address:
Sale Price - $277,465
Seller Name: PUBLIC TRUSTEE OF ARAPAHOE COUNTY
Loan Amount - $274,388
Loan Type - CONVENTIONAL
Data Source - A

**Motor Vehicles Registered To Subject:**

**Vehicle:**

Description: 2011 Mercedes-Benz GL - 4 Dr Wagon Sport Utility
VIN: 4JGBF7BE8BA724326
State Of Origin: COLORADO
Engine: 8 Cylinder 284 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: Power sun/moon roof
Price: 61950
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: CURRENT
Name: ARTIOM SARKISYAN
Potential SSN : 651-32-xxxx
Address: 4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: BAK241
License State: CO

Earliest Registration Date: 11/18/2022
Latest Registration Date: 11/18/2022
Expiration Date: 12/31/2023


**Vehicle:**

Description: 2011 Mercedes-Benz GL - 4 Dr Wagon Sport Utility
VIN: 4JGBF7BE8BA724326
State Of Origin: COLORADO
Engine: 8 Cylinder 284 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: Power sun/moon roof
Price: 61950
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: ARTIOM SARKISYAN
Potential SSN ℹ️ : 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45

**Title Information**

Reported Name: SARKISYAN ARTIOM
Title Number: 10T739773
Title Issue Date: 12/1/2017

*Lien Holder(s)*

Record Type: CURRENT
Company Name: BELLCO CU
Address: PO BOX 6612, ENGLEWOOD, CO 80155-6612, ARAPAHOE COUNTY


**Vehicle:**

Description: 2020 Nissan Leaf - Hatchback 4 Door
VIN: 1N4AZ1CP8LC311595
State Of Origin: COLORADO
Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Available
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Price: 34190
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: CURRENT

Name: SARKISYAN ARTIOM
Address: 4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY
Sex: Male
Tag Number: CGGT97
License State: CO
Earliest Registration Date: 6/1/2022
Latest Registration Date: 6/1/2022
Expiration Date: 5/31/2023

*Lessee(s)*

Name: SARKISYAN ARTIOM
Potential SSN 🛈 : 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY

**Vehicle:**

Description: 1980 MERCEDES BENZ 240 CLASS - SEDAN
VIN: 12312310164478
State Of Origin: COLORADO
Data Source: Governmental

*Registrant(s)*

Record Type: CURRENT
Name: SARKISYAN ARTIOM
Potential SSN 🛈 : 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: CHLE10
License State: CO
Earliest Registration Date: 8/9/2021
Latest Registration Date: 8/9/2021
Expiration Date: 8/31/2026

**Vehicle:**

Description: 1980 MERCEDES BENZ 240 CLASS - SEDAN
VIN: 12312310164478
State Of Origin: COLORADO
Data Source: Governmental

*Owner(s)*

Name: SARKISYAN ARTIOM
Potential SSN 🛈 : 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**
Reported Name: ARTIOM SARKISYAN
Title Number: 005885375
Title Issue Date: 8/9/2021

*Lien Holder(s)*

None

**Vehicle:**
Description: 2015 Cadillac Escalade - 4 Dr Wagon Sport Utility
VIN: 1GYS4TKJ3FR631215
State Of Origin: COLORADO
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: Power sun/moon roof
Price: 87070
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: SARKISYAN ARTIOM
Potential SSN [i]: 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: QDD467
License State: CO
Earliest Registration Date: 12/6/2021
Latest Registration Date: 12/6/2021
Expiration Date: 12/31/2022


**Vehicle:**
Description: 2015 Cadillac Escalade - 4 Dr Wagon Sport Utility
VIN: 1GYS4TKJ3FR631215
State Of Origin: COLORADO
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: Power sun/moon roof
Price: 87070
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: SARKISYAN ARTIOM

Potential SSN **i**: 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**
Reported Name: ARTIOM SARKISYAN
Title Number: 006109464
Title Issue Date: 9/15/2021

*Lien Holder(s)*
Record Type: CURRENT
Company Name: TD AUTO FINANCE
Address: PO BOX 675, WILMINGTON, OH 45177, CLINTON COUNTY

Record Type: CURRENT
Company Name: TD AUTO FINANCE LL C
Address: PO BOX 675, WILMINGTON, OH 45177, CLINTON COUNTY

Record Type: CURRENT
Company Name: TD AUTO FINANCE LLC
Address: PO BOX 675, WILMINGTON, OH 45177, CLINTON COUNTY


**Vehicle:**
Description: 2008 Cadillac Escalade - 4 Dr Wagon Sport Utility
VIN: 1GYFK63828R205653
State Of Origin: COLORADO
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 58490
Radio: AM/FM CD/DVD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: ARTIOM SARKISYAN
Potential SSN **i**: 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: QDD467
License State: CO
Earliest Registration Date: 12/5/2017
Latest Registration Date: 10/29/2020
Expiration Date: 11/30/2021

**Vehicle:**
Description: 2008 Cadillac Escalade - 4 Dr Wagon Sport Utility
VIN: 1GYFK63828R205653
State Of Origin: COLORADO
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 58490
Radio: AM/FM CD/DVD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: ARTIOM SARKISYAN
Potential SSN ℹ: 651-32-xxxx
Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**
Reported Name: SARKISYAN ARTIOM
Title Number: 10B336778
Title Issue Date: 11/5/2015

*Lien Holder(s)*
Record Type: HISTORICAL
Company Name: BELLCO CU
Address: PO BOX 6612, ENGLEWOOD, CO 80155-6612, ARAPAHOE COUNTY

**Vehicle:**
Description: 2006 Lincoln Town Car - Sedan 4 Door
VIN: 1LNHM88W06Y626796
State Of Origin: COLORADO
Engine: 8 Cylinder 281 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 42435
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard

Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: ARTIOM SARKISYAN

Potential SSN [i]: 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: QIN767
License State: CO
Earliest Registration Date: 11/7/2016
Latest Registration Date: 11/7/2016
Expiration Date: 10/31/2017

**Vehicle:**

Description: 2006 Lincoln Town Car - Sedan 4 Door
VIN: 1LNHM88W06Y626796
State Of Origin: COLORADO
Engine: 8 Cylinder 281 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 42435
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: SARKISYAN ARTIOM

Potential SSN [i]: 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**
Reported Name: SARKISYAN*ARTIOM***
Title Number: 10W761755
Title Issue Date: 3/27/2015

*Lien Holder(s)*

None

**Vehicle:**

Description: 1996 Chevrolet G20 - Cargo Van
VIN: 1GCGG25R9T1034594
State Of Origin: COLORADO

Engine: 8 Cylinder 350 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 19064
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: SARKISYAN ARTIOM
Potential SSN [i]: 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: 965ZUJ
License State: CO
Earliest Registration Date: 11/4/2013
Latest Registration Date: 2/23/2016
Expiration Date: 2/28/2017

**Vehicle:**

Description: 1996 Chevrolet G20 - Cargo Van
VIN: 1GCGG25R9T1034594
State Of Origin: COLORADO
Engine: 8 Cylinder 350 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 19064
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*

Name: SARKISYAN ARTIOM
Potential SSN [i]: 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**

Reported Name: SARKISYAN*ARTIOM***
Title Number: 10W542500
Title Issue Date: 9/16/2010

*Lien Holder(s)*
None

**Vehicle:**
Description: 2002 Honda Odyssey - Sport Van
VIN: 5FNRL18062B057588
State Of Origin: COLORADO
Engine: 6 Cylinder 212 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available
Price: 29750
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: SARKISYAM ARTIOM
Potential SSN ℹ️ : 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: 111VBW
License State: CO
Earliest Registration Date: 5/12/2010
Latest Registration Date: 5/12/2010
Expiration Date: 5/31/2011

**Vehicle:**
Description: Beige 2000 Honda Odyssey - Sport Van
VIN: 2HKRL1854YH514808
State Of Origin: COLORADO
Engine: 6 Cylinder 212 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available
Price: 23400
Radio: AM/FM Cassette

Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: SARKISYAN ARTIOM
Potential SSN [i]: 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: 111VBW
License State: CO
Earliest Registration Date: 12/22/2009
Latest Registration Date: 12/22/2009
Expiration Date: 12/31/2010

**Vehicle:**

Description: Beige 2000 Honda Odyssey - Sport Van
VIN: 2HKRL1854YH514808
State Of Origin: COLORADO
Engine: 6 Cylinder 212 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available
Price: 23400
Radio: AM/FM Cassette
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: SARKISYAN ARTIOM
Potential SSN [i]: 651-32-xxxx
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**
Reported Name: SARKISYAN*ARTIOM***
Title Number: 10T417874
Title Issue Date: 12/1/2009

*Lien Holder(s)*

None

**Vehicle:**

Description: 1999 Dodge Ram - Sport Van
VIN: 2B4JB25Y1XK569602
State Of Origin: COLORADO
Engine: 8 Cylinder 318 Cubic Inch
Anti Lock Brakes: Rear only standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 23015
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Registrant(s)*
　　Record Type: HISTORICAL
　　Name: SARKISYAN ARTIOM
　　Potential SSN 🛈: 651-32-xxxx
　　Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
　　DOB: 12/xx/1977
　　Sex: Male
　　Age: 45
　　Tag Number: 999TXZ
　　License State: CO
　　Earliest Registration Date: 9/22/2009
　　Latest Registration Date: 9/22/2009
　　Expiration Date: 9/30/2010


**Vehicle:**
Description: 1999 Dodge Ram - Sport Van
VIN: 2B4JB25Y1XK569602
State Of Origin: COLORADO
Engine: 8 Cylinder 318 Cubic Inch
Anti Lock Brakes: Rear only standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 23015
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
　　Name: SARKISYAN ARTIOM
　　Potential SSN 🛈: 651-32-xxxx
　　Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY
　　DOB: 12/xx/1977

Sex: Male

Age: 45

**Title Information**

Reported Name: SARKISYAN*ARTIOM***

Title Number: 10T409155

Title Issue Date: 9/22/2009

*Lien Holder(s)*

None

**Vehicle:**

Description: 2006 Nissan Murano - 4 Dr Wagon Sport Utility

VIN: JN8AZ08W66W516201

State Of Origin: COLORADO

Engine: 6 Cylinder 213 Cubic Inch

Anti Lock Brakes: 4 wheel standard

Air Conditioning: Standard

Daytime Running Lights: Not available

Power Steering: Standard

Power Brakes: Standard

Power Windows: Standard

Security System: Passive Engine Immobilizer & alarm

Roof: None / not available

Price: 29200

Radio: AM/FM CD/DVD

Front Wheel Drive: No

Four Wheel Drive: No

Tilt Wheel: Standard

Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL

Name: SARKISYAN ARTIOM

Potential SSN: 651-32-xxxx

Address: 3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY

DOB: 12/xx/1977

Sex: Male

Age: 45

Tag Number: 413MKB

License State: CO

Earliest Registration Date: 9/18/2008

Latest Registration Date: 9/18/2008

Expiration Date: 8/31/2009

*Lessee(s)*

Name: SARKISYAN ARTIOM

Potential SSN: 651-32-xxxx

Address: 3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY

**Vehicle:**

Description: 2002 Toyota Camry - Sedan 4 Door

VIN: JTDBE32K320069620

State Of Origin: COLORADO

Engine: 4 Cylinder 144 Cubic Inch

Anti Lock Brakes: 4 wheel optional

Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 18970
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: GAREGIN MARKOSYAN
Address: PO BOX 3520, DILLON, CO 80435-3520, SUMMIT COUNTY
Sex: Male
Tag Number: 322HXD
License State: CO
Earliest Registration Date: 6/28/2005
Latest Registration Date: 6/28/2005
Expiration Date: 6/30/2006


Record Type: HISTORICAL
Name: ARTIOM SARKISYAN
Potential SSN 🛈: 651-32-xxxx
Address: PO BOX 3520, DILLON, CO 80435-3520, SUMMIT COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: 322HXD
License State: CO
Earliest Registration Date: 6/28/2005
Latest Registration Date: 6/28/2005
Expiration Date: 6/30/2006


**Vehicle:**
Description: 2002 Toyota Camry - Sedan 4 Door
VIN: JTDBE32K320069620
State Of Origin: COLORADO
Engine: 4 Cylinder 144 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 18970
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

Data Source: Governmental

*Owner(s)*
    Name: GAREGIN MARKOSYAN
    Potential SSN [i]: 650-28-xxxx
    Address: 1081 ADAMS AVE APT A4, SILVERTHORNE, CO 80498, SUMMIT COUNTY
    DOB: 10/xx/1984
    Sex: Male
    Age: 38
    **Title Information**
        Title Number: 61E247276
        Title Issue Date: 5/20/2005

    Name: ARTIOM SARKISYAN
    Potential SSN [i]: 651-32-xxxx
    Address: 1081 ADAMS AVE APT A4, SILVERTHORNE, CO 80498, SUMMIT COUNTY
    DOB: 12/xx/1977
    Sex: Male
    Age: 45
    **Title Information**
        Title Number: 61E247276
        Title Issue Date: 5/20/2005

*Lien Holder(s)*
    Record Type: HISTORICAL
    Company Name: TOYOTA MOTOR C REDIT CORP.
    Address: 260 INTERSTATE NORTH PKWY SE NW12, ATLANTA, GA 30339-2468, COBB COUNTY

    Record Type: HISTORICAL
    Company Name: TOYOTA MOTOR CREIDT
    Address: PO BOX 105386, ATLANTA, GA 30348-5386, FULTON COUNTY


**Vehicle:**
    Description: Black 1991 Honda Accord - Sedan 4 Door
    VIN: 1HGCB7561MA097613
    State Of Origin: COLORADO
    Engine: 4 Cylinder 132 Cubic Inch
    Anti Lock Brakes: Not available
    Air Conditioning: Standard
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Standard
    Security System: None
    Roof: Power sun/moon roof
    Price: 16595
    Radio: AM/FM Cassette
    Front Wheel Drive: Yes
    Four Wheel Drive: No
    Tilt Wheel: Standard
    Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: ARTIOM SARKISYAN
    Potential SSN [i]: 651-32-xxxx

Address: 687 ROYAL COACHMAN BLVD LOT 50, DILLON, CO 80435-8403, SUMMIT COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
Tag Number: 598HZP
License State: CO
Earliest Registration Date: 9/27/2004
Latest Registration Date: 9/27/2004
Expiration Date: 9/30/2005

**Vehicle:**

Description: Black 1991 Honda Accord - Sedan 4 Door
VIN: 1HGCB7561MA097613
State Of Origin: COLORADO
Engine: 4 Cylinder 132 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: Power sun/moon roof
Price: 16595
Radio: AM/FM Cassette
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: ARTIOM SARKISYAN
Potential SSN: 651-32-xxxx
Address: 687 ROYAL COACHMAN BLVD LOT 50, DILLON, CO 80435-8403, SUMMIT COUNTY
DOB: 12/xx/1977
Sex: Male
Age: 45
**Title Information**
Title Number: 61E231463
Title Issue Date: 9/2/2003

*Lien Holder(s)*
None

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
    **Ohio Court:**
        Name: ARTIOM SARKISYAN
        SSN: 651-32-xxxx
        Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286
        State of Origin: Ohio
        County of Origin: TRUMBULL
        Case Number: 2011TRD03273
        Case Type Description: CRIMINAL/TRAFFIC

        **Offenses**:
            Categories: TRAFFIC
            **Offense #1**
            Offense Date: 09/29/2011
            Arresting Agency: OHIO STATE PATROL
            Court Case Number: 2011TRD03273
            Court Offense: SPEED
            Court Statute: 4511.21D2
            Court Disposition: WAIVER
            Court Disposition Date: 10/24/2011
            Court Level/Degree: MINOR MISDEMEANOR

        **Court Activity:**
         [NONE FOUND]

**Sexual Offenses:**
    [None Found]

**Florida Accidents:**
    [None Found]

**Professional License(s):**
    [None Found]

**Voter Registration:**
    Name: ARTIOM SARKISYAN
    Address: 21030 E ELDORADO DR, AURORA, CO 80013-8483
    DOB: 1977
    Gender: Male
    Last Vote Date: 11/3/2020
    Registration Date: 10/11/2014
    Political Party: NONE DECLARED
    State of Registration: Colorado
    Status: ACTIVE

    Name: ARTIOM SARKISYAN
    Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286
    DOB: 1977
    Gender: Male
    Last Vote Date: 11/4/2014
    Registration Date: 10/11/2014
    Political Party: NONE DECLARED
    State of Registration: Colorado

Status: ACTIVE

Name: ARTIOM SARKISYAN
Address: 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286
DOB: 1977
Last Vote Date: 11/4/2014
Registration Date: 10/11/2014
State of Registration: Colorado
Status: ACTIVE


**Hunting/Fishing Permit:**
　　[None Found]


**Concealed Weapons Permit:**
　　[None Found]


**Possible Associates:**

GAREGIN M MARKOSYAN  DOB: 10/xx/1984
650-28-xxxx     issued in Colorado  between  6/2/2003  and  12/1/2003
　　**Names Associated with Associate:**
　　GAREGIN MAKOSYAN  DOB: 10/xx/1984
　　650-28-xxxx     issued in Colorado  between  6/2/2003  and  12/1/2003
　　GAVEGIN MARKOSYAN  DOB: 10/xx/1984
　　650-28-xxxx     issued in Colorado  between  6/2/2003  and  12/1/2003
　　GARGIN R MARKOSYANIO  DOB: 10/xx/1984
　　650-28-xxxx     issued in Colorado  between  6/2/2003  and  12/1/2003
　　HAMALT MARKOSYAN GAREGIN
　　**Active Address(es):**
　　✔1081 ADAMS AVE BLDG B, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Apr 2011)
　　**Previous And Non-Verified Address(es):**
　　S1081 ADAMS AVE APT A4, SILVERTHORNE, CO 80498-5555, SUMMIT COUNTY (May 2005 - Feb 2016)
　　681 ROYAL COACHMAN BLVD, DILLON, CO 80435-8489, SUMMIT COUNTY (Feb 2009 - Feb 2015)
　　PO BOX 1, DILLON, CO 80435-0001, SUMMIT COUNTY (Oct 2008 - Apr 2016)
　　12 BLUE JAY CT, WOODRIDGE, IL 60517-1735, DUPAGE COUNTY (Apr 2009 - Mar 2011)
　　2511 RYAN GULCH RD, SILVERTHORNE, CO 80498, SUMMIT COUNTY (May 2008 - Apr 2009)
　　687 ROYAL COACHMAN BLVD APT C 55, DILLON, CO 80435-8463, SUMMIT COUNTY (Mar 2009)
　　PO BOX 5471, DILLON, CO 80435-5471, SUMMIT COUNTY (Aug 2003 - Oct 2022)
　　PO BOX 5471, KEYSTONE, CO 80435-5471, SUMMIT COUNTY (Sep 2008 - May 2015)
　　930 DOUGLAS AVE APT B, LOVELAND, CO 80537-4571, LARIMER COUNTY (Oct 2013)

ANDRANIK ASHOTOVICH BADASYAN  DOB: 9/xx/1983
650-32-xxxx     issued in Colorado  between  4/5/2004  and  11/1/2004
　　**Names Associated with Associate:**
　　ANDRANIK BADASYAN
　　650-32-xxxx     issued in Colorado  between  4/5/2004  and  11/1/2004
　　AMDRANIK BADASYAN  DOB: 9/xx/1983
　　650-32-xxxx     issued in Colorado  between  4/5/2004  and  11/1/2004
　　ANDRANIKA BADASYAN
　　650-32-xxxx     issued in Colorado  between  4/5/2004  and  11/1/2004
　　ANDRAN BADASYAN
　　ANDRANIK A BADASYAN
　　651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005
　　ANDRANIK PADASYAN
　　654-32-xxxx     issued in South Carolina  between  2/3/2009  and  12/1/2009
　　**Active Address(es):**

4433 S ABILENE CIR, AURORA, CO 80015-1047, ARAPAHOE COUNTY ( 2017 - Oct 2022)
**Previous And Non-Verified Address(es):**
9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY (Oct 2007 - Apr 2008)
4128 S CRYSTAL CT UNIT 13A, AURORA, CO 80014-8149, ARAPAHOE COUNTY (Mar 2008 - Jan 2010)
1799 S DAYTON ST APT 326, AURORA, CO 80247-6263, ADAMS COUNTY (Nov 2005 - Oct 2009)
1799 S DAYTON ST APT 326, DENVER, CO 80247-6263, ADAMS COUNTY (Dec 2005 - Apr 2007)
4214 S BAHAMA ST, AURORA, CO 80013-3834, ARAPAHOE COUNTY (Oct 2007)
PO BOX 900, DILLON, CO 80435-0900, SUMMIT COUNTY (Oct 2004 - May 2006)
PO BOX 900, SILVERTHORNE, CO 80498-0900, SUMMIT COUNTY (Oct 2005 - Nov 2005)
687 ROYAL COACHMAN BLVD APT 122, DILLON, CO 80435-8463, SUMMIT COUNTY (Jul 2004 - Nov 2005)
14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8141, ARAPAHOE COUNTY ( 2007 - Aug 2022)

VARDAN GRACHAVICH KARMRIAN  DOB: 5/xx/1991
612-15-xxxx    issued in California  between  9/2/1999  and  2/1/2000
**Names Associated with Associate:**
VARDAN G KARMRYAN  DOB: 5/xx/1991
612-15-xxxx    issued in California  between  9/2/1999  and  2/1/2000
VARDAN C KARMRIAN  DOB: 5/xx/1991
612-15-xxxx    issued in California  between  9/2/1999  and  2/1/2000
VARDAN KARMIRIAN  DOB: 5/xx/1991
612-15-xxxx    issued in California  between  9/2/1999  and  2/1/2000
CARDAN KARMRYAN              DOB: 5/xx/1991
CARDAN KARMRIAN              DOB: 5/xx/1991
KARMRIAN CARDAN              DOB: 5/xx/1991
**Active Address(es):**
23164 JONATHAN ST, CANOGA PARK, CA 91304-3566, LOS ANGELES COUNTY (Jul 2020 - Aug 2022)
        818-340-5645 - PST MOUNTAIN JAMES R

**Previous And Non-Verified Address(es):**
19101 MYSTIC POINTE DR APT 2206, AVENTURA, FL 33180-4520, MIAMI-DADE COUNTY ( 2020 - Oct 2022)
20600 VENTURA BLVD UNIT 2208, WOODLAND HILLS, CA 91364-6672, LOS ANGELES COUNTY
(Aug 2019 - Mar 2021)
22111 CALVERT ST APT 315, WOODLAND HILLS, CA 91367-3572, LOS ANGELES COUNTY (Oct 2019 - Apr 2020)
7137 SHOUP AVE UNIT 1, WEST HILLS, CA 91307-2354, LOS ANGELES COUNTY (Dec 2013 - Aug 2019)
PO BOX 9475, CANOGA PARK, CA 91309-0475, LOS ANGELES COUNTY (Jul 2013 - May 2014)
7658 TOPANGA CANYON BLVD UNIT 107, CANOGA PARK, CA 91304-5589, LOS ANGELES COUNTY
(Jan 2012 - Sep 2013)
9494 HAVEN AVE, RANCHO CUCAMONGA, CA 91730-5843, SAN BERNARDINO COUNTY (Jul 2012)
4578 S FRASER WAY, AURORA, CO 80015-1207, ARAPAHOE COUNTY (May 2011 - Apr 2021)
1589 S JOLIET ST, AURORA, CO 80012-5027, ARAPAHOE COUNTY (Mar 2011 - May 2012)

LAMZIRA BADASYAN        801-69-xxxx      - SSN potentially randomly issued by the SSA.  DOB: 11/xx/1961
**Names Associated with Associate:**
BADASYAN LAMZIRA
**Active Address(es):**
4433 S ABILENE CIR, AURORA, CO 80015-1047, ARAPAHOE COUNTY (Dec 2018 - Oct 2022)
**Previous And Non-Verified Address(es):**
14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY ( 2007 - Aug 2022)
9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY (Jun 2015 - Jun 2016)
AURORA CO, AURORA, CO 80014, ARAPAHOE COUNTY (Oct 2016 - Jan 2017)
14332 E NAPA PL APT GD, AURORA, CO 80014-8140, ARAPAHOE COUNTY

SERGEI A GARAMIAN        839-55-xxxx      - SSN potentially randomly issued by the SSA.  DOB: 6/xx/1981
**Names Associated with Associate:**
SERGEI ALEKSANDROVIC GARAIAN              839-55-xxxx      - SSN potentially randomly issued by the SSA.
SERGRT GARAMIAN            DOB: 1981

SERGEI GARAMLAN            DOB: 1981
SERGEI GARANIAN
**Active Address(es):**
✔19226 E CAROLINA PL UNIT 102, AURORA, CO 80017-6348, 005 COUNTY (Aug 2022)
**Previous And Non-Verified Address(es):**
17705 E GREENWOOD DR UNIT 2035, AURORA, CO 80013-7644, ARAPAHOE COUNTY (Sep 2017 - Oct 2022)
6830 SUNSTREAM GRV, COLORADO SPRINGS, CO 80922-1264, EL PASO COUNTY (Apr 2015 - Sep 2017)
5557 S KIRK CIR, CENTENNIAL, CO 80015-3627, ARAPAHOE COUNTY (Mar 2015 - Jan 2021)
919 S GRANBY WAY, AURORA, CO 80012-3741, ARAPAHOE COUNTY (Feb 2017 - Aug 2018)
71 S SABLE BLVD APT B22, AURORA, CO 80012-1590, ARAPAHOE COUNTY (Dec 2015 - Feb 2017)

**Possible Relative Summary:**  *(Click on name to link to more details within this report - No Charge)*

> LAURA H BADASYAN , Age 45
>> LAURA BADASYAM  - (AKA), Age 45
>> LAMZIRA BADASYAN , Age 61
>>> BADASYAN LAMZIRA  - (AKA)
>> ANDRANIK ASHOTOVICH BADASYAN , Age 39
>>> ANDRANIK BADASYAN  - (AKA)
>>> AMDRANIK BADASYAN  - (AKA), Age 39
>>> ANDRANIKA BADASYAN  - (AKA)
>>> ANDRAN BADASYAN  - (AKA)
>>> ANDRANIK A BADASYAN  - (AKA)
>>> ANDRANIK PADASYAN  - (AKA)
>>> ILONA A ASATUROVA , Age 42
>>>> ILONA ASATUROVA  - (AKA), Age 42
>>>> ILONA ANDRANIK BADASYAN  - (AKA), Age 42
>>>> ILANA ASATUROVA  - (AKA), Age 43
>>>> ILONA ASTUROVA  - (AKA), Age 42
>>>> ILONA A ASATUROVA  - (AKA), Age 42
>>>> ANDRANIKA BADASYAN  - (AKA), Age 42
>>>> ILONA ASATUROVA  - (AKA), Age 42
>>> LILI BADASYAN , Age 26
>>> AMDRAMIK BADASYAN
>>>> ANDRANIK BADASYAN  - (AKA)
> SVETLANA LIANA SARKISYAN , Age 19

**Possible Relatives:**

LAURA H BADASYAN  DOB: 1978
651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005
**Names Associated with Relative:**
LAURA BADASYAM  DOB: 1978
651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005
**Active Address(es):**
S✔4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (May 2022 - Oct 2022)
**Current Residents at Address:**
YURIY V PSHENICHNYY
ELAINE R WILLIAMS
WELLINGTON J WILLIAMS JR
ARTHUR L LEVIN
ARTIOM SARKISYAN
LAURA H BADASYAN
LILY S PSHENICHNYY
**Previous And Non-Verified Address(es):**

1452 S MACON ST, AURORA, CO 80012-4131, ARAPAHOE COUNTY ( 2018 -  2020)
    **Current Residents at Address:**
        JEAN A HENRY
        INGER MARGARET STRUNK
        ANDREW ANTONIO BROWN JR
        JOSHUA HENRY
        CHRISTOPHER JOH JACKSO
        LEVERT STAR HENRY
        OCTOBER IRISH HENRY
        DALLAS L HENRY
        JACQUELINE HENRY

**S** 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY ( 2014 - Sep 2022)
    **Current Residents at Address:**
        ARTIOM SARKISYAN
        LAURA H BADASYAN
        SVETLANA LIANA SARKISYAN

**S** 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY (Apr 2007 - Feb 2021)
    **Current Residents at Address:**
        GIORGI TSVERAVA
        IRAKLI KAVTARADZE
        LEVAN AVALISHVILI

**S** 9954 E CAROLINA CIR APT 203, DENVER, CO 80247-6286, ARAPAHOE COUNTY (Apr 2007 - May 2014)
    **Current Residents at Address:**
        GIORGI TSVERAVA
        IRAKLI KAVTARADZE
        LEVAN AVALISHVILI

**S** 9954 E CAROLINA CIR APT 20, AURORA, CO 80247-7812, ARAPAHOE COUNTY (Jan 2012 - Dec 2015)

**S** 3043 S JERICHO CT, AURORA, CO 80013-9081, ARAPAHOE COUNTY (Apr 2008 - Apr 2012)
    **Current Residents at Address:**
        JIANGLI R CHEN
        JI I YUAN
        JIAN I YUAN

**S** PO BOX 3520, DILLON, CO 80435-3520, SUMMIT COUNTY (Nov 2005 - May 2007)
1081 ADAMS 4 AVE APT A, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Dec 2004 - Jan 2006)
**S** 1081 ADAMS AVE APT A4, SILVERTHORNE, CO 80498, SUMMIT COUNTY (Jun 2005)

**Possible Relative:**
LAMZIRA BADASYAN          801-69-xxxx    - SSN potentially randomly issued by the SSA.  DOB: 11/xx/1961
    **Names Associated with Relative:**
    BADASYAN LAMZIRA
    **Active Address(es):**

    ✔ 4433 S ABILENE CIR, AURORA, CO 80015-1047, ARAPAHOE COUNTY (Dec 2018 - Oct 2022)
        **Current Residents at Address:**
            SOOK LEE
            ANDRANIK ASHOTOVICH BADASYAN
            LAMZIRA BADASYAN
            LILI BADASYAN
    **Previous And Non-Verified Address(es):**
    14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY ( 2007 - Aug 2022)
        **Current Residents at Address:**
            LARA JOE WILSON
    **S** 9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY (Jun 2015 - Jun 2016)
        **Current Residents at Address:**
            GIORGI TSVERAVA
            IRAKLI KAVTARADZE
            LEVAN AVALISHVILI

AURORA CO, AURORA, CO 80014, ARAPAHOE COUNTY (Oct 2016 - Jan 2017)
14332 E NAPA PL APT GD, AURORA, CO 80014-8140, ARAPAHOE COUNTY

ANDRANIK ASHOTOVICH BADASYAN  DOB: 9/xx/1983
650-32-xxxx    issued in Colorado  between  4/5/2004  and  11/1/2004
**Names Associated with Relative:**
ANDRANIK BADASYAN
650-32-xxxx    issued in Colorado  between  4/5/2004  and  11/1/2004
AMDRANIK BADASYAN  DOB: 9/xx/1983
650-32-xxxx    issued in Colorado  between  4/5/2004  and  11/1/2004
ANDRANIKA BADASYAN
650-32-xxxx    issued in Colorado  between  4/5/2004  and  11/1/2004
ANDRAN BADASYAN
ANDRANIK A BADASYAN
651-32-xxxx    issued in Colorado  between  6/2/2004  and  1/3/2005
ANDRANIK PADASYAN
654-32-xxxx    issued in South Carolina  between  2/3/2009  and  12/1/2009
**Active Address(es):**
4433 S ABILENE CIR, AURORA, CO 80015-1047, ARAPAHOE COUNTY ( 2017 - Oct 2022)
**Current Residents at Address:**
SOOK LEE
ANDRANIK ASHOTOVICH BADASYAN
LAMZIRA BADASYAN
LILI BADASYAN
**Previous And Non-Verified Address(es):**
9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY (Oct 2007 - Apr 2008)
**Current Residents at Address:**
GIORGI TSVERAVA
IRAKLI KAVTARADZE
LEVAN AVALISHVILI
4128 S CRYSTAL CT UNIT 13A, AURORA, CO 80014-8149, ARAPAHOE COUNTY (Mar 2008 - Jan 2010)
1799 S DAYTON ST APT 326, AURORA, CO 80247-6263, ADAMS COUNTY (Nov 2005 - Oct 2009)
1799 S DAYTON ST APT 326, DENVER, CO 80247-6263, ADAMS COUNTY (Dec 2005 - Apr 2007)
4214 S BAHAMA ST, AURORA, CO 80013-3834, ARAPAHOE COUNTY (Oct 2007)
**Current Residents at Address:**
EDUARDO CARRILLO
PO BOX 900, DILLON, CO 80435-0900, SUMMIT COUNTY (Oct 2004 - May 2006)
PO BOX 900, SILVERTHORNE, CO 80498-0900, SUMMIT COUNTY (Oct 2005 - Nov 2005)
687 ROYAL COACHMAN BLVD APT 122, DILLON, CO 80435-8463, SUMMIT COUNTY (Jul 2004 - Nov 2005)
14332 E NAPA PL UNIT 9D, AURORA, CO 80014-8141, ARAPAHOE COUNTY ( 2007 - Aug 2022)
**Current Residents at Address:**
LARA JOE WILSON

**Possible Relative:**
ILONA A ASATUROVA  DOB: 10/xx/1980
650-03-xxxx    issued in Colorado  between  1/3/1997  and  9/2/1997
**Names Associated with Relative:**
ILONA ASATUROVA  DOB: 10/xx/1980
650-03-xxxx    issued in Colorado  between  1/3/1997  and  9/2/1997
ILONA ANDRANIK BADASYAN  DOB: 10/xx/1980
650-03-xxxx    issued in Colorado  between  1/3/1997  and  9/2/1997
ILANA ASATUROVA  DOB: 1980
650-03-xxxx    issued in Colorado  between  1/3/1997  and  9/2/1997
ILONA ASTUROVA  DOB: 10/xx/1980
650-03-xxxx    issued in Colorado  between  1/3/1997  and  9/2/1997
ILONA A ASATUROVA  DOB: 10/xx/1980
650-03-xxxx    issued in Colorado  between  1/3/1997  and  9/2/1997

ANDRANIKA BADASYAN  DOB: 10/xx/1980
   650-03-xxxx     issued in Colorado  between  1/3/1997  and  9/2/1997
ILONA ASATUROVA  DOB: 10/xx/1980
   650-03-xxxx     issued in Colorado  between  1/3/1997  and  9/2/1997
**Active Address(es):**

✔ 1530 S FLORENCE WAY UNIT 302, AURORA, CO 80247-8125, ARAPAHOE COUNTY
(Jul 2018 - Oct 2022)

**Previous And Non-Verified Address(es):**
9701 E ILIFF AVE APT 2315, DENVER, CO 80231-4280, DENVER COUNTY (Jul 2012 - Aug 2022)
14332 E NAPA PL 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY (Apr 2008 - Jul 2013)
   **Current Residents at Address:**
      LARA JOE WILSON
1010 S ONEIDA ST APT, DENVER, CO 80224-3588, DENVER COUNTY (Mar 2009 - May 2012)
1799 S DAYTON ST APT 326, AURORA, CO 80247-6263, ADAMS COUNTY (Dec 2005 - Nov 2008)
7474 E ARKANSAS AVE APT 1806, DENVER, CO 80231-2542, ARAPAHOE COUNTY
(Jan 2001 - Sep 2008)
         303-368-5133


7474 E ARKANSAS AVE APT 180, DENVER, CO 80231-2511, ARAPAHOE COUNTY
(Mar 2003 - Nov 2005)
PO BOX 900, DILLON, CO 80435-0900, SUMMIT COUNTY (Apr 2005 - Jun 2008)
1799 S DAYTON ST APT 118, AURORA, CO 80247-6254, ADAMS COUNTY (Aug 2010)
      720-748-6392


3101 FLORENCE WAY APT 302, DENVER, CO 80238-3349, DENVER COUNTY (Nov 2019)

LILI BADASYAN                          086-11-xxxx     - SSN potentially randomly issued by the SSA.  DOB:
10/xx/1996

**Active Address(es):**

✔ 4433 S ABILENE CIR, AURORA, CO 80015-1047, ARAPAHOE COUNTY (Jan 2019 - Oct 2022)
   **Current Residents at Address:**
      SOOK LEE
      ANDRANIK ASHOTOVICH BADASYAN
      LAMZIRA BADASYAN
      LILI BADASYAN

AMDRAMIK BADASYAN
   **Names Associated with Relative:**
   ANDRANIK BADASYAN
   **Active Address(es):**

✔ 20671 E DARTMOUTH DR, AURORA, CO 80013-8441, ARAPAHOE COUNTY (May 2017 - Oct 2022)
   **Current Residents at Address:**
      GREGORY Y BESTERMAN
      YEFIM G BESTERMAN
      CLAUDIA M BESTERMAN
      PAUL Y BESTERMAN
      OLENA IAGELSKA
      SARDOR B YULDASHEV
      EVGENY VICTOROVICH SHADRIN


SVETLANA LIANA SARKISYAN  DOB: 8/xx/2003
   652-28-xxxx     issued in Colorado  between  8/2/2003  and  3/1/2004
   **Active Address(es):**
   ✔S 21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Apr 2021 - Oct 2022)
      **Current Residents at Address:**

ARTIOM SARKISYAN
LAURA H BADASYAN
SVETLANA LIANA SARKISYAN

**Neighbors:**

**Neighborhood:**
4230 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (May 2022 – Dec 2022)
**Residents:**
YURIY V PSHENICHNYY  DOB: 5/xx/1974
650-12-xxxx     issued in Colorado  between  9/2/1999  and  4/3/2000
ELAINE R WILLIAMS  DOB: 11/xx/1940
521-54-xxxx     issued in Colorado  between  1/1/1958  and  12/31/1959
◢SSN belongs to a person reported as deceased.
WELLINGTON J WILLIAMS JR  DOB: 1/xx/1937
522-40-xxxx     issued in Colorado  between  1/1/1936  and  12/31/1951
◢SSN belongs to a person reported as deceased.
ARTHUR L LEVIN  DOB: 9/xx/1974
332-98-xxxx     issued in Illinois  between  3/2/2001  and  2/3/2003
ARTIOM SARKISYAN  DOB: 12/xx/1977
651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005
LAURA H BADASYAN  DOB: 1978
651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005
LILY S PSHENICHNYY                              DOB: 8/xx/1995

**Address(es):**
4229 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (Dec 1998 – Oct 2022)
**Residents:**
RUTH LUCILLE SCHMUNK  DOB: 3/xx/1927
507-24-xxxx     issued in Nebraska  between  1/1/1936  and  12/31/1951

**D** GERHARD TRAUGOTT SCHMUNK  DOB: 9/xx/1924  (CLINTON, IA)  Age: 98
508-12-xxxx     issued in Nebraska  between  1/1/1936  and  12/31/1951
◢SSN belongs to a person reported as deceased.
RYAN E STONEBERG
340-80-xxxx     issued in Illinois  between  1/1/1988  and  12/31/1989
303-400-1078 – MST SCHMUNK RUTH L

4239 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (Feb 2000 – Oct 2022)
**Residents:**
MARYBETH BETH CROSS  DOB: 8/xx/1964
394-76-xxxx     issued in Wisconsin  between  1/1/1975  and  12/31/1976
JEFFREY SCHUYLER CROSS  DOB: 12/xx/1956
521-98-xxxx     issued in Colorado  between  1/1/1973  and  12/31/1973
**D** CHARLES WILLIAM HESS  DOB: 5/xx/1945 DOD: 12/14/2011  (MONTEZUMA, CO)  Age at Death:
66 (Born 77 years ago) – Verified
566-60-xxxx     issued in California  between  1/1/1960  and  12/31/1961
◢SSN belongs to a person reported as deceased.
MARY BETH BROOKS  DOB: 12/xx/1964
394-76-xxxx     issued in Wisconsin  between  1/1/1975  and  12/31/1976
JOSEPH NOLAN CROSS  DOB: 2/xx/2002
651-22-xxxx     issued in Colorado  between  2/2/2002  and  8/1/2002

4220 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (Feb 1999 – Oct 2022)
**Residents:**

PEI YU LU  DOB: 1/xx/1975
    524-65-xxxx     issued in Colorado  between  1/1/1988  and  12/31/1988
HYOUNG JAE PARK  DOB: 5/xx/1978
    651-20-xxxx     issued in Colorado  between  8/2/2001  and  3/1/2002
LING FAN CHEN                                         DOB: 7/xx/1973
HYUNG M PARK  DOB: 12/xx/1975
    669-34-xxxx     issued in Georgia  between  5/2/2007  and  1/2/2008
YU LU PEI
YU YUN TSAI
303-993-8399 - MST LU PEI Y


4240 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (Mar 1998 - Oct 2022)
    **Residents:**
        JOHN W MOSLEY  DOB: 6/xx/1921
            523-18-xxxx     issued in Colorado  between  1/1/1936  and  12/31/1951
                SSN belongs to a person reported as deceased.
        CATHY L MOSLEY  DOB: 1/xx/1953
            261-94-xxxx     issued in Florida  between  1/1/1964  and  12/31/1965
        EDNA W MOSLEY
            521-28-xxxx     issued in Colorado  between  1/1/1936  and  12/31/1951
                SSN belongs to a person reported as deceased.
        WILLIAM ERIC MOSLEY  DOB: 10/xx/1959
            523-94-xxxx     issued in Colorado  between  1/1/1972  and  12/31/1973
        PATRICK W MOSLEY  DOB: 5/xx/1994
            522-95-xxxx     issued in Colorado  between  12/1/1994  and  8/31/1995
        303-841-6797 - MST MOSLEY JOHN


4249 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY ( 2010 - Oct 2022)
    **Residents:**
        JENNIFER LYNN REILLY  DOB: 11/xx/1972
            510-94-xxxx     issued in Kansas  between  1/1/1987  and  12/31/1988
        SHANNON S BACHA  DOB: 2/xx/1967
            514-66-xxxx     issued in Kansas  between  1/1/1977  and  12/31/1979
        RYAN PATRICK MCCANN  DOB: 7/xx/1989
            044-86-xxxx     issued in Connecticut  between  1/1/1990  and  12/31/1991

4250 S ELKHART ST, AURORA, CO 80014-7141, ARAPAHOE COUNTY (Apr 2008 - Oct 2022)
    **Residents:**
        **D** ROBERT FRANCIS REIFSTECK  DOB: 2/xx/1944 DOD: 1/20/2007  (ADAMS, CO)  Age at Death: 62
(Born 78 years ago) - Verified
            505-54-xxxx     issued in Nebraska  between  1/1/1958  and  12/31/1960
                SSN belongs to a person reported as deceased.
        SAMIR LABIB TIMANI  DOB: 2/xx/1965
            522-27-xxxx     issued in Colorado  between  1/1/1980  and  12/31/1980
        GHADA SAMIR TIMANI  DOB: 2/xx/1979
            524-97-xxxx     issued in Colorado  between  10/3/1995  and  6/3/1996
        IOANNIS E ANDRIANAKOS  DOB: 6/xx/1957
            523-92-xxxx     issued in Colorado  between  1/1/1972  and  12/31/1972


  **Neighborhood:**
    21030 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Oct 2006 - Sep 2022)
    **Residents:**
        ARTIOM SARKISYAN  DOB: 12/xx/1977
            651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005
        LAURA H BADASYAN  DOB: 1978
            651-32-xxxx     issued in Colorado  between  6/2/2004  and  1/3/2005

SVETLANA LIANA SARKISYAN  DOB: 8/xx/2003
652-28-xxxx     issued in Colorado  between  8/2/2003  and  3/1/2004

**Address(es):**
21029 E ELDORADO DR, AURORA, CO 80013-8484, ARAPAHOE COUNTY (Mar 2004 - Oct 2022)
**Residents:**
LOYEL JUNIOR KEENEY  DOB: 12/xx/1943
570-60-xxxx     issued in California  between  1/1/1960  and  12/31/1961
HIRA AJIT PADHIAR  DOB: 1951
521-17-xxxx     issued in Colorado  between  1/1/1976  and  12/31/1977
THUY THI PHAN                                  809-20-xxxx     - SSN potentially randomly issued by the
SSA.  DOB: 9/xx/1986
ERIC VAN HO  DOB: 4/xx/1985
524-77-xxxx     issued in Colorado  between  1/1/1990  and  12/31/1991
DAVID T HO  DOB: 10/xx/1955
524-77-xxxx     issued in Colorado  between  1/1/1990  and  12/31/1991
NINH MYTHI HO  DOB: 9/xx/1991
521-83-xxxx     issued in Colorado  between  1/1/1991  and  12/31/1992
303-954-8318

21020 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Jul 1989 - Oct 2022)
**Residents:**
NELSON GEORGE ALSTON  DOB: 2/xx/1946
311-48-xxxx     issued in Indiana  between  1/1/1963  and  12/31/1963
MURIAL ELLIOTT ALSTON  DOB: 8/xx/1943
197-34-xxxx     issued in Pennsylvania  between  1/1/1960  and  12/31/1963
303-680-8030 - MST ALSTON N

21040 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Oct 2005 - Oct 2022)
RYAN TODD
523-47-xxxx     issued in Colorado  between  1/1/1985  and  12/31/1986
21019 E ELDORADO DR, AURORA, CO 80013-8484, ARAPAHOE COUNTY (Oct 2006 - Sep 2022)
**Residents:**
JEMAL MOORE MCCLARY  DOB: 10/xx/1980
128-64-xxxx     issued in New York  between  1/1/1981  and  12/31/1983
BRETT MICHAEL LOEB  DOB: 7/xx/1997
104-86-xxxx     issued in New York  between  7/2/1997  and  7/1/1999

21049 E ELDORADO DR, AURORA, CO 80013-8484, ARAPAHOE COUNTY (Oct 2003 - Nov 2022)
**Residents:**
SYLVIA YANET DEPEREZ  DOB: 2/xx/1966
620-66-xxxx     issued in California  between  8/3/1993  and  12/1/1993
CARLOS E GUTIERREZ  DOB: 11/xx/1964
602-64-xxxx     issued in California  between  3/9/1993  and  7/1/1993
ANDREA Y PEREZ  DOB: 1988
653-03-xxxx     issued in Colorado  between  6/3/1997  and  2/2/1998
E PEREZCARLOS
602-64-xxxx     issued in California  between  3/9/1993  and  7/1/1993
SHAUL DAVID KRAMER  DOB: 10/xx/1986
176-80-xxxx     issued in Pennsylvania  between  8/2/2001  and  9/1/2004
303-617-9938

21010 E ELDORADO DR, AURORA, CO 80013-8483, ARAPAHOE COUNTY (Jun 2006 - Oct 2022)
**Residents:**

MELANIE S HATFIELD
RAUL A CARTAGENA  DOB: 9/xx/1972
    582-75-xxxx     issued in Puerto Rico  between  1/1/1980  and  12/31/1980

RUJUAN JUAN LIAO  DOB: 2/xx/1965
    651-50-xxxx     issued in Colorado  between  6/3/2008  and  1/2/2009
DIOSIS YESENIA HERNANDEZ  DOB: 3/xx/1975
    630-46-xxxx     issued in Texas  between  3/1/1995  and  7/31/1995


**Neighborhood:**
9954 E CAROLINA CIR APT 203, AURORA, CO 80247-6286, ARAPAHOE COUNTY ( 2006 -  2020)
    **Residents:**
        GIORGI TSVERAVA                           010-95-xxxx     - SSN potentially randomly issued by the SSA.
DOB: 10/xx/1989
        IRAKLI KAVTARADZE                         027-41-xxxx     - SSN potentially randomly issued by the SSA.
DOB: 11/xx/1987
        LEVAN AVALISHVILI                         757-26-xxxx     - SSN potentially randomly issued by the SSA.
DOB: 2/xx/1976
        970-393-0235



    **Address(es):**
    9954 E CAROLINA CIR APT 202, AURORA, CO 80247-6285, ARAPAHOE COUNTY (Dec 2000 - Oct 2022)
        **Residents:**
            ARMENAK CHIVCHIYAN  DOB: 5/xx/1948
                614-90-xxxx     issued in California  between  6/4/1996  and  10/1/1996
            AMY K PACHECO  DOB: 7/xx/1983
                635-03-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989
            TATE MORGAN WILLIS  DOB: 1992
                639-32-xxxx     issued in Texas  between  1/1/1992  and  4/1/1993
            303-283-7793


    9954 E CAROLINA CIR APT 204, AURORA, CO 80247-6286, ARAPAHOE COUNTY (Oct 2006 - Oct 2022)
        **Residents:**
            MICHAEL C COLDING  DOB: 4/xx/1967
                164-74-xxxx     issued in Pennsylvania  between  1/1/1992  and  4/3/1995
            JEFFERY MK IOLA  DOB: 4/xx/1967
                164-74-xxxx     issued in Pennsylvania  between  1/1/1992  and  4/3/1995
            PHILOMINA SERWAA                           733-31-xxxx     - SSN potentially randomly issued by the
SSA.  DOB: 4/xx/1983
            ANASTASIA BEKOE OWUSU  DOB: 11/xx/1998
                652-48-xxxx     issued in Colorado  between  3/4/2008  and  9/2/2008
            ERNEST SEREBOUR                           845-76-xxxx     - SSN potentially randomly issued by the
SSA.  DOB: 12/xx/1981

    9954 E CAROLINA CIR APT 201, AURORA, CO 80247-6285, ARAPAHOE COUNTY (Jul 2017 - Oct 2022)
        **Residents:**
            MIN C YU
            CHOL Y MIN

    9954 E CAROLINA CIR APT 104, AURORA, CO 80247-6285, ARAPAHOE COUNTY (Aug 2020 - Nov 2022)
        **Residents:**
            KATHERINE MARY MCCONNELL  DOB: 10/xx/1992
                617-76-xxxx     issued in California  between  9/2/1994  and  2/9/1995
            JOSHUA MORGAN MAGUREGUI  DOB: 6/xx/1994
                604-80-xxxx     issued in California  between  2/10/1995  and  6/1/1995

9954 E CAROLINA CIR APT 103, AURORA, CO 80247-6285, ARAPAHOE COUNTY (Oct 2008 - Oct 2022)
**Residents:**
ABDIRASHID AADEN YUSUF  DOB: 1964
653-24-xxxx     issued in Colorado  between  10/2/2002  and  5/1/2003
MARYAN MUSE OMAR  DOB: 1/1967
652-42-xxxx     issued in Colorado  between  11/2/2006  and  6/1/2007

9954 E CAROLINA CIR APT 102, AURORA, CO 80247-6285, ARAPAHOE COUNTY (Mar 2001 - Oct 2022)
**Residents:**
HASAN N HASIBRAAHIM  DOB: 1967
314-19-xxxx     issued in Indiana  between  2/3/1998  and  10/1/1999
SHANTEL JACKSON
TERRACHAN MONIQUE HUCKLEBY  DOB: 3/xx/1993
380-15-xxxx     issued in Michigan  between  7/2/1993  and  12/31/1994
JACK ROMEO HUCKLEBY  DOB: 5/xx/1993
386-15-xxxx     issued in Michigan  between  10/2/1993  and  4/3/1995
NOAH JOSEPH SENTMANAT  DOB: 5/xx/1996
644-52-xxxx     issued in Texas  between  9/4/1996  and  1/2/1997
FLORENCIA SENTMANAT

**Neighborhood:**
14332 E NAPA PL UNIT 9-D, AURORA, CO 80014-8140, ARAPAHOE COUNTY ( 2007 - May 2015)

**Address(es):**
14332 E NAPA PL APT 9D, AURORA, CO 80014-8140, ARAPAHOE COUNTY (Jan 2021 - Oct 2022)
LARA JOE WILSON  DOB: 9/xx/1989
521-73-xxxx     issued in Colorado  between  1/1/1989  and  12/31/1990
14303 E NAPA PL UNIT B, AURORA, CO 80014-8131, ARAPAHOE COUNTY (Nov 2001 - Oct 2022)
**Residents:**
MADAN MOHAN KATARI
652-09-xxxx     issued in Colorado  between  12/2/1998  and  8/2/1999
JOHN NORMAN OKEEFE  DOB: 8/xx/1986
522-79-xxxx     issued in Colorado  between  1/1/1990  and  12/31/1991
KRIS MARIE OKEEFE  DOB: 12/xx/1957
381-70-xxxx     issued in Michigan  between  1/1/1973  and  12/31/1974

14303 E NAPA PL UNIT C, AURORA, CO 80014-8131, ARAPAHOE COUNTY (Aug 2008 - Sep 2022)
EVLYNN DELLA BETTA  DOB: 3/xx/1934
521-38-xxxx     issued in Colorado  between  1/1/1936  and  12/31/1951
303-693-2779 - MST DELLA-BETTA LYNN

14303 E NAPA PL UNIT D, AURORA, CO 80014-8131, ARAPAHOE COUNTY (Oct 2004 - Oct 2022)
**Residents:**
KELLI LEIGH ROBLES  DOB: 9/xx/1978
522-33-xxxx     issued in Colorado  between  1/1/1982  and  12/31/1982
JOHN DAVID ROBLES  DOB: 8/xx/1968
523-27-xxxx     issued in Colorado  between  1/1/1980  and  12/31/1980
303-766-0981 - MST ROBLES KELLI L

14332 E NAPA PL APT, AURORA, CO 80014-8140, ARAPAHOE COUNTY (Oct 2021 - Dec 2022)
**Residents:**
JAMES BURNEY WILSON  DOB: 5/xx/1985
459-85-xxxx     issued in Texas  between  1/1/1987  and  12/31/1987
ARMAN PHILLIPE YAVARI  DOB: 2/xx/1986

450-79-xxxx     issued in Texas  between  1/1/1986  and  12/31/1987
LAMZIRA BADASYAN                         150-41-xxxx     - SSN potentially randomly issued by the SSA.

**Source Information:**

| | |
|---|---|
| All Sources | 222  Source Document(s) |
| Driver Licenses | 1  Source Document(s) |
| Motor Vehicle Registrations | 37  Source Document(s) |
| Person Locator 1 | 6  Source Document(s) |
| Voter Registrations | 3  Source Document(s) |
| PhonesPlus Records | 3  Source Document(s) |
| Historical Person Locator | 27  Source Document(s) |
| Deed Transfers | 20  Source Document(s) |
| Criminal | 1  Source Document(s) |
| Tax Assessor Records | 69  Source Document(s) |
| Person Locator 4 | 1  Source Document(s) |
| Person Locator 5 | 35  Source Document(s) |
| Person Locator 6 | 19  Source Document(s) |