IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv- 03265-MEH

ARTIOM SARKISYAN, LAURA BADASYAN AND SVETLANA SARKISYAN

Plaintiff

s, v.

THE HERTZ CORPORATION, a Delaware Company authorized to do business in Colorado

Defendant.

**UNOPPOSED MOTION TO AMEND COMPLAINT AND JURY DEMAND**

Plaintiffs, Artiom Sarkisyan, Laura Badasyan and Svetlana by their attorneys, The Dible Law Firm, LLC hereby submits their Motion to Amend Complaint and Jury Demand against the above captioned defendant. As grounds therefor, Plaintiffs states and alleges as follows:

1. D.C.COLO.LCivR 7.1 Certification: The undersigned counsel has conferred through with counsel for Defendant Hertz Corporation concerning the relief requested in this Motion and they do not oppose this Motion.

2. Plaintiffs are seeking to amend their complaint to add two parties that Defendant has identified in its F.R.C.P. 26(a)(1) disclosures as the insurance companies issuing the policy at issue in this matter.

3. F.C.R.P. 15(a)(2) allows for a party to amend a pleading with the Court's leave , and states that the Court should freely give leave to do so where justice so requires.

4. Justice in this matter will be served by adding the two companies that Defendant has identified as the parties actually issuing the insurance policy, and this making decisions regarding payment under the policy, in this case where Plaintiffs have alleged bad faith conduct by the party or parties issuing the insurance policy.

5. A copy of the First Amended Complaint that is proposed is attached to this Motion.

WHEREFORE, Plaintiffs pray that this Honorable Court GRANT this Unopposed Motion to Amend Complaint, and accept the attached First Amended Complaint for filing as of today's date.

DATED this 1st day of February, 2023.

Respectfully submitted,

**DIBLE LAW FIRM, LLC**

*s/ Michael A. Dible*

Michael A. Dible
Attorney for Plaintiff
Dible Law Firm, LLC
1660 S. Albion St., Suite 311
Denver, CO 80222
Telephone: (720) 638-9777
Email: mike@diblelaw.com